IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:20-cv-00088-MR

| | |
|---|---|
| ROBERT TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MECKLENBURG COUNTY JAIL, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on periodic status review.

*Pro se* Plaintiff filed this action pursuant to 42 U.S.C. § 1983 while he was incarcerated at the Mecklenburg County Jail. [Doc. 1]. The Court recently mailed Plaintiff an Order granting his Application to proceed *in forma pauperis* that was returned as undeliverable with a notation stating: "not in custody." [Doc. 8]. The Mecklenburg County Sheriff's Office website indicates that Plaintiff was released on May 14, 2020.[1]

Plaintiff was notified upon commencing this action that it is "Plaintiff's responsibility to keep the Court advised of his/her current address at all times" and "[i]f Plaintiff's address changes and no Notice [of Change of

---

[1] See https://mecksheriffweb.mecklenburgcountync.gov/Inmate (last visited Aug. 26, 2020).

Address] is promptly filed with the Clerk of Court, this case may be dismissed for lack of prosecution." [Doc. 4 at 2].

It appears that Plaintiff may have abandoned this action. Plaintiff shall, within **fourteen (14) days** of this Order, update his address of record and inform the Court whether he intends to proceed with this action. Failure to comply with this Order will result in dismissal of this action without prejudice and this case's closure without further notice.

**IT IS, THEREFORE, ORDERED** that Plaintiff <u>**shall have fourteen (14) days from the date of this Order**</u> in which to update his address of record and inform the Court whether he intends to proceed with this action. If Plaintiff fails to do so, this case will be dismissed without prejudice and closed without further notice to Plaintiff.

**IT IS SO ORDERED**.

Signed: August 28, 2020

Martin Reidinger
Chief United States District Judge