# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| ROBERT TURNER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:20-cv-00088-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| MECKLENBURG COUNTY JAIL, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2020 Order.

September 28, 2020

Frank G. Johns, Clerk
United States District Court